IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02031-MSK-BNB

HILDA SOLIS, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

GOLDEN ORCHARD, INC., a corporation d/b/a Golden Orchard Assisted Living,
JIM JOHNSTON, individually, and
FEROL JOHNSTON, individually,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        IT IS ORDERED that the **Joint Motion to Amend/Modify the Scheduling Order Re:
Deadline for Joinder of Parties and Amendment of Pleadings** [Doc. # 24, filed 12/12/2011] is
GRANTED.  The deadline to join parties and amend pleadings is extended to and including
January 13, 2012.


DATED:  December 14, 2011