IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02031-MSK-BNB

HILDA SOLIS, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

GOLDEN ORCHARD, INC., a corporation d/b/a Golden Orchard Assisted Living,
JIM JOHNSTON, individually, and
FEROL JOHNSTON, individually,

Defendants.

_____

**ORDER**
_____

This matter arises sua sponte.

The action was commenced on August 4, 2011, by the filing of a Complaint. [Doc. # 1].

The defendants filed their Answer [Doc. # 13] on October 4, 2011.

On January 6, 2012, the plaintiff filed an Amended Complaint [Doc. # 27].  She did not

seek nor obtain leave to amend the complaint.  Rule 15(a), Fed. R. Civ. P., provides:

> **(1)** *Amending as a Matter of Course.*  A party may amend its
> pleading once as a matter of course within:
>
> **(A)** 21 days after serving it, or
>
> **(B)** if the pleading is one to which a responsive pleading is
> required, 21 days after service of a responsive pleading or 21 days
> after service of a motion under Rule 12(b)(, (e), or (f), whichever is
> earlier.
>
> **(2)** *Other Amendments.*  In all other cases, a party may amend its
> pleading only with the opposing party's written consent or the
> court's leave.  The court should freely give leave when justice so
> requires.

Here, amendment requires either the written consent of the defendants or leave of court,

neither of which is present.

IT IS ORDERED that the Amended Complaint [Doc. # 27] is STRICKEN.

Dated January 12, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2