IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02031-MSK-BNB

HILDA SOLIS, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

GOLDEN ORCHARD, INC., a corporation d/b/a Golden Orchard Assisted Living,
JIM JOHNSTON, individually, and
FEROL JOHNSTON, individually,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Motion for Leave to Amend Answer** [docket no. 29, filed January 13, 2012] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept Exhibit A to the Motion, **Defendants' Amended Answer, Affirmative Defenses, and Jury Demand**, for filing.


DATED:  January 17, 2012