IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02031-MSK-BNB

HILDA SOLIS, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

GOLDEN ORCHARD, INC., a corporation d/b/a Golden Orchard Assisted Living,
JIM JOHNSTON, individually, and
FEROL JOHNSTON, individually,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend/Modify the Scheduling Order** [docket no. 39, filed February 17, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 20, 2012**;

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 21, 2012**;

Discovery Cut-Off:            **June 20, 2012**;
Dispositive Motion Deadline:  **July 10, 2012**.

DATED: February 21, 2012