IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02031-MSK-BNB

HILDA SOLIS, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

GOLDEN ORCHARD, INC., a corporation d/b/a Golden Orchard Assisted Living,
JIM JOHNSTON, individually, and
FEROL JOHNSTON, individually,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Unopposed Motion for Extension of Time and to Modify/Amend Scheduling Order** [Doc. # 51, filed 6/15/2012] (the "Motion"), which is GRANTED.

The defendants request an order extending the discovery cut-off only by three weeks to allow the completion of depositions. Although this is the second extension of the discovery cut-off, the Motion is unopposed and the defendants represent that "no other deadlines would be affected by this requested extension. . . ." Motion [Doc. # 51] at ¶11.

IT IS ORDERED:

(1)   The Motion [Doc. # 51] is GRANTED;

(2)   The discovery cut-off is extended to and including **July 27, 2012**; and

(3)   No further extensions will be allowed.

Dated June 18, 2012.

              BY THE COURT:

               s/ Boyd N. Boland
              United States Magistrate Judge