IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02031-MSK-BNB

HILDA SOLIS, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

GOLDEN ORCHARD, INC., a corporation d/b/a Golden Orchard Assisted Living,
JIM JOHNSTON, individually, and
FEROL JOHNSTON, individually,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Take Depositions After Discovery Deadline** [docket no. 55, filed July 14, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **August 22, 2012**, solely to allow for the specific depositions as listed in the Motion.


DATED: July 18, 2012